York, on the relation of Kate Murphy, against George C. Clausen, as commissioner. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. PETTIT v. KANE, Com'r, et al. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Proceedings by the people of the state of New York, on the relation of James V. Pettit, against James Kane, as commissioner, and others. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

PEOPLE ex rel. SEAL, Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Proceedings by the people of the state of New York, on the relation of Joseph Seal, against the New York, Chicago & St. Louis Railroad Company. No opinion. Judgment and order affirmed, with costs.

PHILIPS v. McINTOSH. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Action by Charles Philips against Burr W. McIntosh. No opinion. Motion denied, with $10 costs.

PIERSON, Appellant, v. HILL, Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by Arthur S. Pierson against Caleb B. Hill. No opinion. Judgment unanimously affirmed, with costs.

PORCELLA, Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Gochino Porcella, as, etc., against the New York, Chicago & St. Louis Railroad Company. No opinion. Judgment and order affirmed, with costs.

REES, Appellant, v. LEONARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by William H. Rees, as trustee, etc., against Anson A. Leonard and another.

PER CURIAM. Judgment affirmed, with costs. The admission of the assessment rolls in evidence, even if error, was not sufficiently prejudicial to require a reversal.

RICH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Margaret M. Rich, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except DAVY, J., dissenting upon the ground that the evidence warranted the submission to the jury of the questions of the defendant's negligence and the freedom from contributory negligence of the plaintiff's intestate.

RIVOIR, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Charles F. Rivoir against the Metropolitan Street Railway Company. C. F. Brown, for appellant. J. I. Green, for respondent.

PER CURIAM. Upon the respondent's stipulating to reduce judgment to $5,407.44, the same including costs and allowance, the judgment as so reduced and the order will be affirmed, without costs. If such stipulation be not given, judgment and order reversed, and new trial ordered, with costs to appellant to abide event.

ROCHESTER SAV. BANK v. BAILEY et al. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by the Rochester Savings Bank against Catharine F. Bailey and another. No opinion. Order affirmed, with $10 costs and disbursements.

ROLSTON et al., Appellants, v. VAN SLYKE, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by William H. Rolston and another against Evert Van Slyke, as administrator. N. Heinsheimer, for appellants. G. W. Van Slyck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENBLUM, Appellant, v. LIEBOWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Robert Rosenblum, as agent, against Philip Liebowitz. No opinion. Judgment of the municipal court affirmed, with costs.

ROSENTHAL, Appellant, v. RUDNICK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Charles Rosenthal against Jacob Rudnick and another. No opinion. Motion to dismiss appeal denied, with $10 costs.

RUDD v. KING et al. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by George Rudd against John King and others, as receivers of Union Steamboat Company.

PER CURIAM. Ordered that the motion for new trial upon exceptions, ordered to be heard in the appellate division in the first instance, be, and the same is hereby, denied for want of prosecution, with costs, and that the judgment be entered upon the verdict.

In re SACK. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) In the matter of the judicial settlement of the accounts of Mary S. Sack, as guardian of the estate of Rosa E. Freeland. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

SAMPSON, Respondent, v. KOSTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action